# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129797

HARLEYSVILLE LAKE STATES
INSURANCE COMPANY,
      Plaintiff-Appellant,

v

MASON INSURANCE AGENCY, INC.,
and PETER HANOVER,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129797
COA: 255195
Ingham CC: 02-001427-CK

On order of the Court, the application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

s0406

_Corbin R. Davis_
Clerk